

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2017

No. 04-17-00434-CV

Roger **WIATREK**,
Appellant

v.

Laura **WIATREK**,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-12-0756-CVW
The Honorable Russell Wilson, Judge Presiding

# O R D E R

On August 2, 2017, we directed appellant to show cause in writing that either the filing fee has been paid or that appellant is entitled to appeal without paying the filing fee. The filing fee has since been paid. Accordingly, we ORDER that the reporter's record be filed on or before 10 days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk